FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA
Case No. 5D2024-2466
LT Case No. 05-2019-CC-42661

JENNIFER LAIRD and FERNANDO
LOPEZ,

     Appellants,

     v.

YUN MIAO,

     Appellee.

_____


On appeal from the County Court for Brevard County.
Kathryn C. Jacobus, Judge.

Blake Stewart, of Stewart Law CS, LLC, Rockledge, for
Appellants.

Elizabeth Siano Harris, of Harris Appellate Law Office,
Mims, for Appellee.


February 6, 2026


PER CURIAM.

     Appellants challenge the "Final Judgment on Amount of
Trial Attorney's Fees and Costs" entered in their favor against
Appellee after evidentiary hearings. Appellants contend that the
trial court reversibly erred in determining the amount of the
attorney's fees award and in also failing to apply a multiplier. We

affirm on all issues raised by Appellants without further discussion, except one. We agree with Appellants that the trial court erred in failing to award them prejudgment interest on the attorney's fees award. *See Quality Engineered Installation, Inc. v. Higley S., Inc.*, 670 So. 2d 929, 930–31 (Fla. 1996).

Accordingly, we reverse on this issue and remand for the trial court to enter an amended final judgment that computes and awards prejudgment interest from September 21, 2023, until the date the final judgment on appeal was entered.

AFFIRMED, in part; REVERSED, in part; REMANDED, with directions.

LAMBERT, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____